## NEW ORLEANS INSURANCE EXCHANGE
## *v.* UNITED STATES.

No. 399.   Decided October 28, 1957.

*Murray F. Cleveland* and *Byron R. Kantrow* for appellant.

*Solicitor General Rankin, Assistant Attorney General Hansen* and *Charles H. Weston* for the United States.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

## HURT *v.* OKLAHOMA.

No. 402.   Decided October 28, 1957.

*Herbert K. Hyde* and *Sid White* for appellant.

*Mac Q. Williamson,* Attorney General, and *Sam H. Lattimore,* Assistant Attorney General, for appellee.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.